AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Stephen Isaacs
_Petitioner_

v.    Case No. 25 CV 3964 (Supplied by Clerk of Court)

Kirk Imperati - sheriff
Daniel Martuscello Commissioner
_Respondent_
(name of warden or authorized person having custody of petitioner)

RECEIVED MAY 6 2025 PRO SE OFFICE

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Stephen Isaacs
    (b) Other names you have used: none
2.  Place of confinement:
    (a) Name of institution: Dutchess County Jail
    (b) Address: 150 North Hamilton St. Poughkeepsie NY. 12601
    (c) Your identification number:
3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☑ State authorities    ☑ Other - explain:
    Sentenced to state prison, detained by County for state.
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Dutchess County, County Court, Poughkeepsie NY. 12601
      (b) Docket number of criminal case: 2105/2024
      (c) Date of sentencing: 4/2/25
    ☐ Being held on an immigration charge
    ☑ Other (explain): Detained in the County Jail as a State prisoner because of Executive order #47 until further notice.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☑ How your <u>sentence is being carried out</u>, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☑ Detainer
   - ☑ The <u>validity</u> of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☑ Other *(explain)*: N.Y.S. is in limbo because of executive order #47 I was sentenced to a prison term and that term cannot be carried out.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Dutchess County Jail, 150 North Hamilton St. Poughkeepsie N.Y. 12601
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: being detained in County Jail, when sentenced to prison time. Prison time Not yet Calculated, Pending Release.
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No   No Grievances available for this situation - Cannot grieve N.Y.S. D.O.C.C.S
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: Requested Grievance was denied form
      (5) Date of result: _____
      (6) Issues raised: Same as allowed, based on the situation, but Not permitted due to the different agencies.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: No Appeal proceedures available to Me at this location.

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: Same as Above, None available at this Location. Detained Illegally by county for state.

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: **Same as #8**

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes    ☑ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes    ☑ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes    ☑ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: it doesn't apply to NY County Jail.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☑ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☑ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was Sentenced to a Department of Corrections and Community Supervision Term. That Term is not being followed because of executive order # 47, State of Emergency. I cannot complete my term in the County Jail. I'm requesting release to post release Supervision.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes    ☒ No

Appeals are not consistant with Jail Rules and Regs.

**GROUND TWO:**

N.Y.S. is in limbo with movement. A Person is detained here illegally, until transferred. Transfers are suspended indefinitely.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

- Executive order #47
- N.Y.S. DOCCS Strike
- No Movement from County Jail.
- DOCCS - Web site.
- DOCCS - Suspensions
- DOCCS - Memos to Jails etc.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes    ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes    ☒ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: County Jail does not have these grounds available, we cannot grieve other institutions, our grievance system is broken.

**Request for Relief**

15. State exactly what you want the court to do: I want to be released to post release supervision, or sent to prison to start my sentence.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____5/1/25_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: ____5/1/25____                                   ____[signature]____
                                                        *Signature of Petitioner*

                                                        _____
                                                        *Signature of Attorney or other authorized person, if any*



HARTFORD CT 060
3 MAY 2025 PM 8

"Pro Se"
Intake unit
Southern District of N.Y.
500 Pearl St.
New York, NY 10007

Stephen Isaacs
150 North Hamilton St.
Poughkeepsie NY. 12601

USM SDNY

RECEIVED
MAY 06 2025
PRO SE OFFICE

10007-133095