UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ISAACS,<br><br>                           Petitioner,<br><br>         -against-<br><br>SHERIFF KIRK IMPERATI;<br>COMMISSIONER DANIEL<br>MARTUSCELLO,<br><br>                           Respondents. | 25-CV-3964 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 16, 2025, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 fee required to file a petition for a writ of *habeas corpus* in this court. That order specified that failure to comply would result in denial of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is denied without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

Because the petition makes no substantial showing of a denial of a constitutional right at this time, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   July 15, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge