UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ISAACS,<br><br>                              Petitioner,<br><br>        -against-<br><br>SHERIFF KIRK IMPERATI;<br>COMMISSIONER DANIEL<br>MARTUSCELLO,<br><br>                              Respondents. | 25cv3964 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the July 15, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 15, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                Chief United States District Judge